CONLON v. MISSION OF THE IMMACULATE VIRGIN. (Supreme Court, Appellate Division, First Department. June 23, 1905.) Action by Eva K. Conlon against the Mission of the Immaculate Virgin. No opinion. Motion denied, with $10 costs.

COOPER, Respondent, v. VAN SCHAICK, Appellant. (Supreme Court, Appellate Division, Third Department. June 29, 1905.) Action by Libbie Cooper against Willis Van Schaick. No opinion. Order reversed, on the authority of Mawson v. Wermuth, 96 App. Div. 631, 89 N. Y. Supp. 1110, on appeal, 182 N. Y. 234, 74 N. E. 829, and a new trial granted, with costs to appellant to abide event.

CORBIERE v. FRIED. (Supreme Court, Appellate Division, First Department. June 26, 1905.) Action by Dorothy B. Corbiere against Bernard L. Fried. No opinion. Motion denied, with $10 costs.

CORDES, Respondent, v. MILLIKEN et al., Appellants. (Supreme Court, Appellate Division, Second Department. June 9, 1905.) Action by August H. Cordes against Earle Milliken and Ira Milliken, doing business as E. Milliken & Co. No opinion. Order affirmed, with $10 costs and disbursements.

CRAIG, Respondent, v. JOHN A. WOODBURY DERMAT. INST. Appellant. (Supreme Court, Appellate Division, First Department. June 23, 1905.) Action by Emily E. Craig against John A. Woodbury Dermat. Institution. B. Patterson, for appellant. W. A. Ferguson, for respondent. No opinion. Order affirmed, with $10 costs and disbursements.

CREW, Respondent, v. TURNER, Appellant. (Supreme Court, Appellate Division, Third Department. June 29, 1905.) Action by Joseph C. Crew against Charles H. Turner. No opinion. Order unanimously affirmed, with $10 costs and disbursements.

CULLINAN, Excise Com'r, Respondent, v. BENSEN et al., Appellants. (Supreme Court, Appellate Division, First Department. July 7, 1905.) Appeal from Trial Term, New York County. Action by Patrick W. Cullinan, as excise commissioner, etc., against George A. Bensen and others. From a judgment for plaintiff, defendants appeal. Affirmed. C. C. Nadal, for appellants. H. H. Kellogg, for respondent.

PER CURIAM. On the decisions in the cases of Matter of Schuyler, 63 App. Div. 206, 71 N. Y. Supp. 437, and Matter of Young, 93 App. Div. 427, 87 N. Y. Supp. 660, the judgment appealed from should be affirmed, with costs.

CULLINAN, Respondent, v. FURTHMAN et al., Appellants. (Supreme Court, Appellate Division, First Department. June 9, 1905.) Action by Patrick W. Cullinan against Charles Furthman and others. A. Gruber, for appellants. H. H. Kellogg, for respondent. No opinion. Judgment and order affirmed, with costs. See 75 N. Y. Supp. 90.

CUNNINGHAM, Respondent, v. CUNNINGHAM, Appellant. (Supreme Court, Appellate Division, First Department. June 23, 1905.) Action by Isabel S. Cunningham against Joseph T. Cunningham. W. D. McNulty, for appellant. No opinion. Order affirmed, with $10 costs and disbursements.

DAVIDSON v. ARNOLD. (Supreme Court, Appellate Division, First Department. June 23, 1905.) Action by William W. Davidson against Elizabeth S. Arnold. No opinion. Motion denied, with $10 costs.

DAVIN v. DAVIN. (Supreme Court, Appellate Division, First Department. June 9, 1905.) Action by Patrick Davin against Catherine Davin. J. J. O'Neill, for plaintiff. W. B. Crisp, for defendant. No opinion. Reargument ordered.

DAVIS, Respondent, v. REIS, Appellant. (Supreme Court, Appellate Term. May 23, 1905.) Appeal from Municipal Court, Borough of Manhattan, Twelfth District. Action by Mary Davis against Meier Reis. From a judgment for plaintiff, defendant appeals. Affirmed. Louis J. Hamel, for appellant. Henry R. Noyes, for respondent.

PER CURIAM. This is an appeal from a judgment of the Municipal Court, entered after a trial before the court without a jury. The evidence shows that the defendant for some six weeks prior to the happening of the accident had knowledge of the condition of the water pipes in the apartment above the apartment occupied by the plaintiff. It then became the duty of the defendant to repair said water pipes. The plaintiff had no control over them. The accident happened through the defendant's failure to do his duty. The judgment appealed from is affirmed, with costs.